UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 9, 2018
```

PROFECTUS TECHNOLOGY LLC,   )
                            )
        *Plaintiff,*        )
                            )
v.                          )   Case No. 1:17-cv-9719-KPF
                            )
MEURAL, INC.,               )
                            )
        *Defendant.*        )   Jury Trial Demanded

## STIPULATION OF DISMISSAL

Plaintiff Profectus Technology LLC ("Profectus") and Defendant Meural, Inc. ("Meural") have stipulated to the dismissal with prejudice of all claims asserted by Profectus against Meural and all claims and counterclaims asserted by Meural against Profectus. This dismissal is pursuant to the settlement agreement entered into by and between the parties in April of 2018. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure, the parties hereby jointly move the Court for dismissal, with each party to bear its own costs and attorney' fees.

Dated: May 9, 2018

By: _____        By: _____

Steven E. Ross                         Ivan M. Poullaos
Ross IP Group PLLC                     WINSTON & STRAWN LLP
5050 Quorom Drive                      35 West Wacker Drive
Suite 700                              Chicago, Illinois  60601
Dallas, TX  75254                      Telephone: 312/558-5600
Phone: (972) 661-9400                  ipoullao@winston.com
Email: sross@rossipg.com
                                       *Attorneys for Defendant Meural, Inc.*
*Attorneys for Plaintiffs Profectus
Technology LLC*

SO ORDERED on this 9th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE
Hon. Katherine Polk Failla